UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
SECURITIES AND EXCHANGE COMMISSION,

                       Plaintiff,

        -against-                                     21-cv-11125 (LAK)

MEDALLION FINANCE CORP., et al.,

                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        In light of the filing of the amended complaint, the defendants' motions to dismiss the original complaint (Dkts. 34, 37) both are denied as moot.

        SO ORDERED.

Dated:      April 27, 2022

                                                        Lewis A. Kaplan
                                                        United States District Judge