UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         *Plaintiff,*<br><br>       *v.*<br><br>MEDALLION FINANCIAL CORP. *et al.*,<br><br>         *Defendants.* | 21 Civ. 11125 (LAK) |

### MOTION TO DISMISS AMENDED COMPLAINT
### OF DEFENDANTS
### <u>LAWRENCE MEYERS AND ICHABOD'S CRANIUM, INC.</u>

  PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and such other and further papers and proceedings as may be filed herein, defendants Lawrence Meyers and Ichabod's Cranium, Inc., by and through undersigned counsel, hereby move this Court, before The Honorable Lewis A. Kaplan, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York 10007-1312, for an order dismissing plaintiff's amended complaint with prejudice as against them, pursuant to Rules 9(b) and 12(b)(6), *Fed.R.Civ.P.*, and granting such other and further relief as the Court deems appropriate.

Dated: New York, New York
   June 2, 2022

                  *s/Hilary B. Miller*
                HILARY B. MILLER (HM-4041)
             500 West Putnam Avenue – Suite 400
              Greenwich, Connecticut 06830-6096
                   (203) 587-7000
                  hilary@miller.net

               *Attorney for Defendants*
                 *Lawrence Meyers*
             *and Ichabod's Cranium, Inc.*