# EXHIBIT 30

**To:** Jeff Bogan[Jeff Bogan <jbogan@credify.com>]
**From:** Andrew Murstein
**Sent:** 2016-12-31T11:40:18-05:00
**Importance:** Normal
**Subject:** Re:
**Received:** 2016-12-31T11:40:20-05:00

No problem. I understand. It would be extremely helpful to us if we could still move forward on that small investment in our bank.  Perhaps we can talk more about it next week. Happy New Year.  Talk to you soon

Andrew Murstein, President
Medallion Financial Corp.
437 Madison Ave - 38th Floor
New York, NY 10022
Voice: (212) 328-2101
Fax: (212) 328-2121
amurstein@medallion.com
www.medallion.com

**From:** jbogan@credify.com
**Sent:** December 30, 2016 5:36 PM
**To:** AMurstein@medallion.com
**Subject:** RE:

Andy,

We are going to move forward with another issuing bank for the personal loan installment product.  I'll share the reasons when we talk next.  Mostly because we got materially better economic terms than we were expecting and we were concerned with the uncertainty with your regulators.

On the positive side, we want to move forward with a second product sooner than we originally anticipated.  We want to start working with Medallion on a line of credit product in Q3 '17.  We would consider making an equity investment in Medallion Bank under similar terms we discussed for the launch of this product.

I'm hoping this will make a smoother process for all, while still allowing us to work together in 2017.  I'm free to talk this week or we can talk when I'm back in the office next week.

Regards,
Jeff


-----Original Message-----
From: Andrew Murstein [mailto:AMurstein@medallion.com]
Sent: Tuesday, December 27, 2016 1:17 PM
To: Jeff Bogan <jbogan@credify.com>
Subject:

I spoke to Rodgin Cohen again yesterday. He will prepare an agreement for you to buy small percentage of our bank. He and I plan to send something to the regulators in the next 10 days or so telling them what our intent is.

Andrew Murstein, President
Medallion Financial Corp.
437 Madison Ave - 38th Floor
New York, NY 10022
Voice: (212) 328-2101
Fax:    (212) 328-2121
amurstein@medallion.com
www.medallion.com

_____

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender and permanently delete the original and any copy or printout thereof.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender and permanently delete the original and any copy or printout thereof.