# EXHIBIT C

0001

1  UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3  In the Matter of:          )

4                             ) File No. NY-09673-A

5  MEDALLION FINANCIAL CORP.  )

6

7  WITNESS:  Bruce Richman

8  PAGES:    1 through 109

9  PLACE:    Securities and Exchange Commission

10           200 Vesey Street, 4th Floor

11           New York, New York 10281

12 DATE:     Thursday, December 10, 2020

13

14     The above-entitled matter came on for a hearing

15 via Webex, pursuant to notice, at 10:01 a.m.

16

17

18

19

20

21

22

23

24       Diversified Reporting Services, Inc.

19   questions -- and that's the reason why our

20   questions came up, but it's not -- we're

21   raising the question as we see what the

22   difference, and -- but the end conclusion

23   still appeared to be reasonable with regards

24   to the methodology.  The methodologies were

25   consistent.  Did they apply within the

0058

1   methodologies' differences?  Yes.  So we're

2   looking at the overall conclusion of value,

3   and their overall methodology would be

4   reasonable.

5      Q   Well, it --

6      A   So I -- so, I guess, a long way of

7   answering that -- I apologize, but in -- you

8   asked, you know, why didn't we raise that

9   consistency.  We did, we did address that.  As

10   you can see in our questions, that's what

11   drives this.

12      Q   Well, just let me phrase the

13   question a little differently.  It looks like

14   in these questions, your -- you are raising

15   the differences from RP on sort of piecemeal

16   approach by asking about, you know, the

17   different approaches and why are you doing it

60

18  this way. And you're accepting their answers
19  as reasonable, but you're not looking at them
20  collectively, and saying, you know, taken
21  together these different -- looking at these
22  metrics is a different way that RP did.  And
23  for the sake of consistency, is there a reason
24  to stick with what the Audit Committee had
25  already approved three times.
0059
 1         So that was really my question.  Why
 2  didn't -- why didn't you look at collectively
 3  all of these differences from RP, and raise
 4  with them the issue of consistency, given that
 5  Medallion's Audit Committee had approved three
 6  prior RP reports, and that you, yourself, had
 7  viewed RP as more of a pure valuation firm,
 8  and not one with an investment-banking
 9  mindset?
10      A   Well, I -- I would respectfully
11  disagree on that, in that we did; and we drew
12  the conclusion that -- overall that it
13  appeared to be reasonable with regard to their
14  conclusion.  Just because they had some
15  different application in their methods,
16  overall, the approaches and the methodologies

61

17  were fairly consistent.  And so we looked at
18  the overall basis and you're saying it did
19  seem to be reasonable, or should not seem to
20  be unreasonable.  So I do respect what you're
21  saying and I'm saying that we did -- did do
22  it, did look at that.
23     Q   Okay.  Do you recall that -- did you
24  ever hear that there had been any -- when
25  Berenson was hired -- well, let me withdraw
0060
 1  that.
 2         Do you know who Andrew Merstein is?
 3     A   I've heard the name, and I don't
 4  recollect the position right off; but I do --
 5  I do recall hearing the name.
 6     Q   Okay.  Do you recall who Andrew
 7  Merstein is?
 8     A   I don't recall offhand.  I'd have
 9  to --
10     Q   Do you have any -- okay.  Do you
11  recall --
12     A   No, I don't recall.  Some of these
13  people, I don't have relationships with.  So I
14  apologize, I don't really recall all of them.
15     Q   Okay.  So just to try to refresh