# Exhibit A

| | |
|---|---|
| **From:** | Andrew Murstein </O=MEDALLION FINANCIAL GROUP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AMURSTEIN> |
| **To:** | Jeff Bogan (jbogan@credify.com) |
| **Sent:** | 12/12/2016 4:19:00 PM |
| **Subject:** | |

We would like to have an in person meeting with the regulators before December 20th to see if they will approve the transaction, if the following is acceptable to you:

-You sign an agreement with Medallion Bank on terms similar to what the LC has been paying  Web Bank
-Medallion Bank will be valued at 10 times 2017 projected  earnings of $35,000,000, or $350,000,000.
 Credify will purchase 1.35% of the bank for $4.75 mil. Half of the proceeds will go back into the bank.
-Credify will have an option to purchase an additional 5% of the bank at that same valuation for anytime during 2 years after closing. Half of such investment would also go back into the bank.
-The agreement with the bank will also call for a penalty and cancellation rights on behalf of Medallion Bank, if Credify receives its own license from the OCC or other regulatory authority within the next two years and the banks fees drop below a certain amount, as well as if any of the principals of Credify have any charges brought against them in relation to the Lending Club.  (just language that the regulators would like to see).

Are there any other points that you want to add that would help both of us get this deal approved with the regulators? We are prepared to throw a lot of fire power at this project to get it approved. Thank you.

*Andrew Murstein, President*
*Medallion Financial Corp.*
*437 Madison Ave - 38th Floor*
*New York, NY 10022*
*Voice: (212) 328-2101*
*Fax:   (212) 328-2121*
*amurstein@medallion.com*
*www.medallion.com*