UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>MEDALLION FINANCIAL CORP. *et al.*,<br><br>*Defendants.* | 21 Civ. 11125 (LAK) |

### RENEWED MOTION TO DISMISS AMENDED COMPLAINT OF DEFENDANTS <u>LAWRENCE MEYERS AND ICHABOD'S CRANIUM, INC.</u>

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and such other and further papers and proceedings as may be filed herein, defendants Lawrence Meyers and Ichabod's Cranium, Inc., by and through undersigned counsel, hereby move this Court, before The Honorable Lewis A. Kaplan, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York 10007-1312, for an order dismissing plaintiff's amended complaint with prejudice as against them, pursuant to Rules 9(b) and 12(b)(6), *Fed.R.Civ.P.*, and granting such other and further relief as the Court deems appropriate.

Dated: New York, New York
        August 4, 2022

                                                            *s/Hilary B. Miller*
                                                HILARY B. MILLER (HM-4041)
                                                500 West Putnam Avenue – Suite 400
                                                Greenwich, Connecticut 06830-6096
                                                            (203) 587-7000
                                                            hilary@miller.net

                                                *Attorney for Defendants
                                                Lawrence Meyers
                                                and Ichabod's Cranium, Inc.*