**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

August 9, 2022

VIA ELECTRONIC FILING

The Honorable Lewis Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Securities and Exchange Commission v. Medallion Financial Corp., et al.*,
      No. 1:21-cv-11125

Dear Judge Kaplan:

We are counsel for Defendants Medallion Financial Corp. and Andrew Murstein in this action. I write on behalf of all parties, including our clients, Defendants Lawrence Meyers and Ichabod's Cranium, Inc., and Plaintiff Securities and Exchange Commission, to make the following request for the Court's consideration.

All parties have communicated and reached agreement that a stay of discovery would be warranted in the above-referenced action, pending the Court's decision on the motions to dismiss, filed by Defendants on August 5 and 6, 2022, with limited carve-outs to allow for certain discrete categories of discovery during the stay. Among other things, the parties will continue to "meet and confer" to resolve existing document discovery disputes, the parties went forward with a non-party witness deposition already scheduled for today, and the parties agree that third-party document discovery may continue. In light of the foregoing, the parties respectfully request the Court's endorsement of the enclosed Stipulation and [Proposed] Order.[1]

As always, we appreciate Your Honor's consideration.

Respectfully,

*/s/ Randy M. Mastro*

Randy M. Mastro

---

[1]   The parties also reached agreement on a Stipulation and [Proposed] Confidentiality Order to govern document production in this action for the Court's consideration. A copy of that Stipulation and [Proposed] Confidentiality Order was filed last month and appears at Dkt. No. 65.

GIBSON DUNN

The Honorable Lewis Kaplan
August 9, 2022
Page 2

Enclosure

cc: All counsel of record (by ECF)