

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

April 18, 2023

<u>VIA ECF</u>

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Securities and Exchange Commission v. Medallion Financial Corp. et al,
21 Civ. 11125
Withdrawal of Attorney**

Dear Judge Kaplan:

On January 21, 2022, I entered an appearance on behalf of defendant Andrew Murstein in the above-captioned case.  As of April 22, 2023, I will no longer be employed by the firm of Debevoise & Plimpton LLP.  Other Debevoise attorneys have appeared and will continue to represent defendant Andrew Murstein.

I hereby respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list.  I would be most grateful if Your Honor would approve of my withdrawal by having this letter memo endorsed so that the clerk may modify and update the Court's records accordingly.

Thank you for your attention to this request.

Respectfully submitted,

/s/ *Michael W. Gramer*

Michael W. Gramer
mwgramer@debevoise.com
66 Hudson Boulevard
New York, New York 10001
Tel: (212) 909-6000

SO ORDERED:

_____
Hon. Lewis A Kaplan (U.S.D.J.)

www.debevoise.com