UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

vs.

MEDALLION FINANCIAL CORP.,
ANDREW MURSTEIN,
LAWRENCE MEYERS,
and ICHABOD'S CRANIUM, INC.,

        Defendants.

-------------------------------------------------------- x

Case No. 1:21-cv-11125 (LAK)

STIPULATION AND
[PROPOSED] ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-24

Plaintiff Securities and Exchange Commission ("SEC"), and Defendants Medallion Financial Corp. ("Medallion"), Andrew Murstein, Lawrence Meyers and Ichabod's Cranium, Inc. (together, "Defendants," and with the SEC, "the Parties"), by and through their respective counsel, having met and conferred, jointly submit this Stipulation and Proposed Order to extend the time for Defendants' respective answers to the Amended Complaint and the submission of a proposed revised scheduling order, and in support thereof state as follows:

WHEREAS, on February 24, 2022, the Court entered a Scheduling Order (Dkt. No, 33, the "Original Scheduling Order");

WHEREAS, the Court entered an order on August 25, 2022 temporarily staying discovery and providing that Defendants would have thirty (30) days from the date of the Court's decision and order on Defendants' Motions to Dismiss to file their respective answers and the Parties would jointly submit a proposed revised scheduling order to the Court within forty-five (45) days of the Court's decision and order (Dkt. No. 91);

1

WHEREAS, the Court entered a decision and order on Defendants' Motions to Dismiss on September 18, 2024 (Dkt. No. 105);

WHEREAS, the Parties have agreed to an extension of the deadline for Defendants' respective answers and the deadline for submission of a proposed revised scheduling order;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. Defendants shall file their respective answers to the Amended Complaint by November 15, 2024.

2. The Parties shall negotiate in good faith and jointly submit a proposed revised scheduling order to the Court by December 6, 2024.

SO STIPULATED AND AGREED.

U.S. SECURITIES & EXCHANGE COMMISSION

By:*/s/ David Stoetling*
David Stoelting
Securities and Exchange Commission
100 Pearl Street
Suite 20-100
New York, NY 10004-2616
212-336-0174
Fax: 212-336-1323
stoeltingd@sec.gov

*Attorneys for Plaintiff*

KING & SPALDING LLP

By:*/s/ Randy Mastro*
Randy Mastro
Mark Kirsch
1185 Avenue of the Americas
New York, NY 10036
212-790-5329
Fax: 212-556-2222
rmastro@kslaw.com
mkirsch@kslaw.com

*Attorneys for Medallion Financial Corp. and Andrew Murstein*

DEBEVOISE & PLIMPTON, LLP
Andrew J. Ceresney
Erol Nazim Gulay
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212-909-6000
Fax: 212-909-6836
aceresney@debevoise.com
egulay@debevoise.com

*Attorneys for Andrew Murstein*

LAW OFFICES OF HILARY B. MILLER

By: */s/ Hilary Milller*
Hilary B. Miller
500 West Putnam Avenue - Suite 400
Greenwich, CT 06830-6096
203-587-7000
Fax: 914-206-3727
hilary@miller.net

*Attorney for Lawrence Meyers and Ichabod's Cranium, Inc.*

SO ORDERED:

Dated: 10/9/24

_____
The Honorable Lewis A. Kaplan
United States District Court Judge

3