UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

SECURITIES AND EXCHANGE
COMMISSION,

             Plaintiff,

vs.

MEDALLION FINANCIAL CORP.,
ANDREW MURSTEIN,
LAWRENCE MEYERS,
and ICHABOD'S CRANIUM, INC.,

             Defendants.

------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/25

Case No. 1:21-cv-11125 (LAK)

STIPULATION AND
[PROPOSED] ORDER

    Plaintiff Securities and Exchange Commission ("SEC") and Defendants Medallion Financial Corp. ("Medallion"), Andrew Murstein, Lawrence Meyers and Ichabod's Cranium, Inc. (together, "Defendants," and with the SEC, "the Parties"), by and through their respective counsel, having met and conferred, jointly submit this Stipulation and Proposed Order to extend the time for the Parties to submit a proposed revised scheduling order, and in support thereof state as follows:

    WHEREAS, on February 24, 2022, the Court entered a Scheduling Order (ECF No. 33, "Original Scheduling Order");

    WHEREAS, the Court entered an Order on August 25, 2022, temporarily staying discovery and providing Defendants thirty (30) days from the date of the Court's decision on Defendants' Motions to Dismiss to file their respective Answers and directing the Parties to jointly submit a proposed revised scheduling order to the Court within forty-five (45) days of that decision (Dkt. ECF No. 91);

1

WHEREAS, the Court entered a Decision and Order on Defendants' Motions to Dismiss on September 18, 2024 (ECF No. 105);

WHEREAS, the Court entered an Order on October 9, 2024, extending Defendants' deadline to file their respective Answers to the Amended Complaint to November 15, 2024, and extending the parties' deadline to file a proposed revised scheduling order to December 6, 2024 (ECF No. 107);

WHEREAS, Defendants Medallion and Andrew Murstein filed an Answer to the Amended Complaint on November 15, 2024 (ECF No. 108);

WHEREAS, the Court granted the Parties' second request for an extension of the deadline to file a proposed revised scheduling order until December 6, 2024 (ECF Nos. 110).

NOW, THEREFORE, in view of the settlement agreements in principle that have been reached, the Parties hereby stipulate and agree that: (1) the deadline for the Parties to submit a revised scheduling order shall be adjourned to allow for the five-member Commission to review the proposed settlements; and (2) the SEC shall provide a status report by February 25, 2025, if the SEC has not submitted the proposed consent judgments as to the Medallion Defendants and the Meyers Defendants to the Court by that date.

SO STIPULATED AND AGREED.

| U.S. SECURITIES & EXCHANGE COMMISSION | KING & SPALDING LLP |
|---|---|
| /s/ David Stoelting | /s/ Randy Mastro |
| By:_____ | By:_____ |
| David Stoelting | Randy Mastro |
| Securities and Exchange Commission | Mark Kirsch |
| 100 Pearl Street | 1185 Avenue of the Americas |
| Suite 20-100 | New York, NY 10036 |
| New York, NY 10004-2616 | 212-790-5329 |
| 212-336-0174 | Fax: 212-556-2222 |
| Fax: 212-336-1323 | rmastro@kslaw.com |
| stoeltingd@sec.gov | mkirsch@kslaw.com |

*Attorneys for Plaintiff*

*Attorneys for Medallion Financial Corp. and Andrew Murstein*

LAW OFFICES OF HILARY B. MILLER
/s/ Hilary B. Miller
By: _____
Hilary B. Miller
500 West Putnam Avenue - Suite 400
Greenwich, CT 06830-6096
203-587-7000
Fax: 914-206-3727
hilary@miller.net

*Attorney for Lawrence Meyers and Ichabod's Cranium, Inc.*

DEBEVOISE & PLIMPTON, LLP

Andrew J. Ceresney
Erol Nazim Gulay
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212-909-6000
Fax: 212-909-6836
aceresney@debevoise.com
egulay@debevoise.com

*Attorneys for Medallion Financial Corp. and Andrew Murstein*

SO ORDERED:

Dated: 1/14/25

_____
The Honorable Lewis A. Kaplan
United States District Court Judge

3