

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

February 24, 2025

**Via ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *SEC v Medallion Fin. Corp., et al.*, No. 21-cv-11125 (S.D.N.Y.)

Dear Judge Kaplan:

      Plaintiff Securities and Exchange Commission ("SEC") respectfully writes to provide a status report regarding the proposed settlements with the defendants, as required by the Court's Stipulation and Order dated January 14, 2025 (ECF No. 112). As the Commission has not yet reviewed the proposed settlements, the parties respectfully request that the Court adjourn the deadline to submit a revised scheduling order to allow for Commission review of the proposed settlements and permit the SEC to provide a status report by March 28, 2025, if the SEC has not submitted proposed consent judgments as to the Medallion Defendants and the Meyers Defendants to the Court by that date. A proposed Stipulation and Order is attached.

      Respectfully submitted,

      /s/ *David Stoelting*

      _____
      David Stoelting
      Senior Trial Counsel
      stoeltingd@sec.gov
      (212) 336-0174

cc:    All counsel of record (by ECF)