UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------  x
                                                        :
SECURITIES AND EXCHANGE                                 :
COMMISSION,                                             :
                                                        :
                        Plaintiff,                      :
                                                        :
vs.                                                     :    Case No. 1:21-cv-11125 (LAK)
                                                        :
MEDALLION FINANCIAL CORP.,                              :
ANDREW MURSTEIN,                                        :    STIPULATION AND
LAWRENCE MEYERS,                                        :    [PROPOSED] ORDER
and ICHABOD'S CRANIUM, INC.,                            :
                                                        :
                        Defendants.                     :
                                                        :
------------------------------------------------------  x
```

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Medallion

Financial Corp. ("Medallion"), Andrew Murstein, Lawrence Meyers and Ichabod's Cranium, Inc.

(together, "Defendants," and with the SEC, "the Parties"), by and through their respective counsel,

having met and conferred, jointly submit this Stipulation and Proposed Order to extend the time

for the Parties to submit a proposed revised scheduling order, and in support thereof state as

follows:

WHEREAS, on February 24, 2022, the Court entered a Scheduling Order (ECF No. 33,

"Original Scheduling Order");

WHEREAS, the Court entered an Order on August 25, 2022, temporarily staying discovery

and providing Defendants thirty (30) days from the date of the Court's decision on Defendants'

Motions to Dismiss to file their respective Answers and directing the Parties to jointly submit a

proposed revised scheduling order to the Court within forty-five (45) days of that decision (Dkt.

ECF No. 91);

WHEREAS, the Court entered a Decision and Order on Defendants' Motions to Dismiss on September 18, 2024 (ECF No. 105);

WHEREAS, the Court entered an Order on October 9, 2024, extending Defendants' deadline to file their respective Answers to the Amended Complaint to November 15, 2024, and extending the parties' deadline to file a proposed revised scheduling order to December 6, 2024 (ECF No. 107);

WHEREAS, Defendants Medallion and Andrew Murstein filed an Answer to the Amended Complaint on November 15, 2024 (ECF No. 108);

WHEREAS, the Court granted the Parties' second request for an extension of the deadline to file a proposed revised scheduling order until December 6, 2024 (ECF Nos. 110); and

WHEREAS, the Court granted the Parties' third request for an extension of time to submit a proposed scheduling order to February 25, 2025 (ECF No. 112),

NOW, THEREFORE, in view of the settlement agreements in principle that have been reached, the Parties hereby stipulate and agree that: (1) the deadline for the Parties to submit a revised scheduling order shall be adjourned to allow for the Commission to review the proposed settlements; and (2) the SEC shall provide a status report by March 28, 2025, if the SEC has not submitted the proposed consent judgments as to the Medallion Defendants and the Meyers Defendants to the Court by that date.

SO STIPULATED AND AGREED.

U.S. SECURITIES & EXCHANGE COMMISSION
/s/ David Stoelting
By:_____
David Stoelting
Securities and Exchange Commission
100 Pearl Street
Suite 20-100
New York, NY 10004-2616

KING & SPALDING LLP

/s/ Randy Mastro
By:_____
Randy Mastro
Mark Kirsch
1185 Avenue of the Americas
New York, NY 10036
212-790-5329

212-336-0174
Fax: 212-336-1323
stoeltingd@sec.gov

*Attorneys for Plaintiff*

Fax: 212-556-2222
rmastro@kslaw.com
mkirsch@kslaw.com

*Attorneys for Medallion Financial Corp. and Andrew Murstein*

LAW OFFICES OF HILARY B. MILLER
/s/ Hilary B. Miller
By: _____
Hilary B. Miller
500 West Putnam Avenue - Suite 400
Greenwich, CT 06830-6096
203-587-7000
Fax: 914-206-3727
hilary@miller.net

*Attorney for Lawrence Meyers and Ichabod's Cranium, Inc.*

DEBEVOISE & PLIMPTON, LLP

Andrew J. Ceresney
Erol Nazim Gulay
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212-909-6000
Fax: 212-909-6836
aceresney@debevoise.com
egulay@debevoise.com

*Attorneys for Medallion Financial Corp. and Andrew Murstein*

SO ORDERED:

Dated: _____

_____
The Honorable Lewis A. Kaplan
United States District Court Judge