UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION. <br><br> Plaintiff, <br> v. <br><br> MEDALLION FINANCIAL CORP, et al., <br><br> Defendants. | Case No. 1:21-cv-11125-LAK |

### MOTION TO WITHDRAW APPEARANCE OF RANDY M. MASTRO

Pursuant to Local Rule 1.4, Defendants Medallion Financial Corp. and Andrew Murstein (collectively, "Defendants"), by undersigned counsel, hereby move this Court for leave to allow the withdrawal of appearance of Randy M. Mastro as counsel for Defendants in the above-captioned action. Withdrawal is necessary because Mr. Mastro will no longer be at King & Spalding LLP after March 31, 2025. In connection with the withdrawal, the clerk is requested to remove the name of Randy M. Mastro from the CM/ECF service list for this matter.

Mark Kirsch at King & Spalding LLP will continue to serve as counsel for Defendants in the above-captioned matter. Mr. Mastro's withdrawal will not occasion a request for an extension of any deadlines. Mr. Mastro is not asserting a retaining or charging lien in connection with his departure.

Dated: March 28, 2025          By:     /s/ Randy M. Mastro
                                       Randy M. Mastro
                                       Mark A. Kirsch
                                       KING & SPALDING LLP
                                       1185 Avenue of the Americas
                                       New York, NY 10036
                                       Tel: 212-556-2100
                                       Fax: 212-556-2222
                                       rmastro@kslaw.com
                                       mkirsch@kslaw.com

                                       Attorneys for Defendants Medallion Financial
                                       Corp. and Andrew Murstein

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March 2025, I caused the foregoing to be served on all counsel of record by ECF and on Defendants Medallion Financial Corp. and Andrew Murstein by email.

/s/ Randy M. Mastro
Randy M. Mastro
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
rmastro@kslaw.com