UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION.<br><br>    Plaintiff,<br>v.<br><br>MEDALLION FINANCIAL CORP, et al.,<br><br>    Defendants. | Case No. 1:21-cv-11125-LAK |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

The Court has considered Randy M. Mastro's Motion to Withdraw Appearance for Defendants Medallion Financial Corp. and Andrew Murstein (collectively, "Defendants"). After reviewing the Motion, and for good cause having been demonstrated, the Court finds that the request should be GRANTED.

IT IS THEREFORE ORDERED by the Court that Randy M. Mastro's motion is hereby granted to withdraw as counsel of record for the Defendants in this matter and the Clerk is ordered to remove Mr. Mastro from this action's CM/ECF service list.

SO ORDERED.

Dated: New York, New York
   March___, 2025

_____
LEWIS A. KAPLAN
United States District Judge