UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION. <br><br> Plaintiff, <br> v. <br><br> MEDALLION FINANCIAL CORP, et al., <br><br> Defendants. | Case No. 1:21-cv-11125-LAK <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Andrew Z. Michaelson of the law firm King & Spalding LLP hereby appears on behalf of Defendants Medallion Financial Corp. and Andrew Murstein in the above captioned matter and respectfully requests to be served with copies of all pleadings, discovery, correspondence, and notices in this case. The undersigned is admitted to practice before this Court.

Dated: April 2, 2025
      New York, New York

KING & SPALDING LLP

By: /s/ *Andrew Z. Michaelson*
    Andrew Z. Michaelson
    1185 Avenue of the Americas
    New York, NY 10036
    (212) 790-5358
    amichaelson@kslaw.com

*Counsel for Defendants Medallion Financial Corp. and Andrew Murstein*