

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

April 24, 2025

**Via ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *SEC v Medallion Fin. Corp., et al.*, No. 21-cv-11125 (S.D.N.Y.)

Dear Judge Kaplan:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully provides this status report regarding the proposed settlements with the defendants, as required by the Court's Stipulation and Order dated March 25, 2025 (ECF No. 116). The Commission has not yet reviewed the proposed settlements, but the Commission staff anticipates that it will do so within the next couple of weeks. Therefore, the SEC respectfully requests that the Court permit the SEC to provide a further status report by May 9, 2025, if the SEC has not submitted proposed consent judgments as to the defendants to the Court by that date. A proposed Stipulation and Order is attached.

    Respectfully submitted,

    /s/ *David Stoelting*

    _____
    David Stoelting
    Senior Trial Counsel
    stoeltingd@sec.gov
    (212) 336-0174

cc:    All counsel of record (by ECF)