UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
                                                        :
SECURITIES AND EXCHANGE                                 :
COMMISSION,                                             :
                                                        :
                          Plaintiff,                    :
                                                        :
vs.                                                     :  Case No. 1:21-cv-11125 (LAK)
                                                        :
MEDALLION FINANCIAL CORP.,                              :
ANDREW MURSTEIN,                                        :  STIPULATION AND
LAWRENCE MEYERS,                                        :  [PROPOSED] ORDER
and ICHABOD'S CRANIUM, INC.,                            :
                                                        :
                          Defendants.                   :
                                                        :
------------------------------------------------------- x
```

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Medallion Financial Corp. ("Medallion"), Andrew Murstein, Lawrence Meyers and Ichabod's Cranium, Inc. (together, "Defendants," and with the SEC, "the Parties"), by and through their respective counsel, having met and conferred, jointly submit this Stipulation and Proposed Order to extend the time for the Parties to submit a proposed revised scheduling order, and in support thereof state as follows:

WHEREAS, on February 24, 2022, the Court entered a Scheduling Order (ECF No. 33, "Original Scheduling Order");

WHEREAS, the Court entered an Order on August 25, 2022, temporarily staying discovery and providing Defendants thirty (30) days from the date of the Court's decision on Defendants' Motions to Dismiss to file their respective Answers and directing the Parties to jointly submit a proposed revised scheduling order to the Court within forty-five (45) days of that decision (Dkt. ECF No. 91);

WHEREAS, the Court entered a Decision and Order on Defendants' Motions to Dismiss on September 18, 2024 (ECF No. 105);

WHEREAS, the Court entered an Order on October 9, 2024, extending Defendants' deadline to file their respective Answers to the Amended Complaint to November 15, 2024, and extending the parties' deadline to file a proposed revised scheduling order to December 6, 2024 (ECF No. 107);

WHEREAS, Defendants Medallion and Andrew Murstein filed an Answer to the Amended Complaint on November 15, 2024 (ECF No. 108);

WHEREAS, the Court granted the Parties' second request for an extension of the deadline to file a proposed revised scheduling order until December 6, 2024 (ECF Nos. 110); and

WHEREAS, the Court granted the Parties' third request for an extension of time to submit a proposed scheduling order to February 25, 2025 (ECF No. 112);

WHEREAS, the Court granted the Parties' fourth request for an extension of time to submit a proposed scheduling order to March 28, 2025 (ECF No. 114);

WHEREAS, on March 25 2025, the Court (1) adjourned the Parties' time to submit a proposed scheduling order; and (2) ordered the SEC to submit a status report to the Court by April 25, 2025 if the SEC has not submitted proposed consent judgments as to Defendants to the Court by that date (ECF No. 116);

NOW, THEREFORE, in view of the settlement agreements in principle that have been reached, the Parties hereby stipulate and agree that the SEC shall provide a status report by May 9, 2025, if the SEC has not submitted the proposed consent judgments to the Court by that date.

SO STIPULATED AND AGREED.

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION | KING & SPALDING LLP |
| /s/ David Stoelting | /s/ Andrew Michaelson |
| By:_____ | By:_____ |
| David Stoelting | Andrew Michaelson |
| Securities and Exchange Commission | Mark Kirsch |
| 100 Pearl Street | 1185 Avenue of the Americas |
| Suite 20-100 | New York, NY 10036 |
| New York, NY 10004-2616 | 212-790-5329 |
| 212-336-0174 | Fax: 212-556-2222 |
| Fax: 212-336-1323 | amichaelson@kslaw.com |
| stoeltingd@sec.gov | mkirsch@kslaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Medallion Financial Corp. and Andrew Murstein* |

| | |
|---|---|
| LAW OFFICES OF HILARY B. MILLER | DEBEVOISE & PLIMPTON, LLP |
| /s/ Hilary B. Miller | Andrew J. Ceresney |
| By: _____ | Erol Nazim Gulay |
| Hilary B. Miller | Debevoise & Plimpton LLP |
| 500 West Putnam Avenue - Suite 400 | 66 Hudson Boulevard |
| Greenwich, CT 06830-6096 | New York, NY 10001 |
| 203-587-7000 | 212-909-6000 |
| Fax: 914-206-3727 | Fax: 212-909-6836 |
| hilary@miller.net | aceresney@debevoise.com |
| | egulay@debevoise.com |
| *Attorney for Lawrence Meyers and Ichabod's Cranium, Inc.* | *Attorneys for Medallion Financial Corp. and Andrew Murstein* |

SO ORDERED:

Dated: _____          _____
                                                           The Honorable Lewis A. Kaplan
                                                           United States District Court Judge