

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

May 8, 2025

**Via ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *SEC v Medallion Fin. Corp., et al.*, No. 21-cv-11125 (S.D.N.Y.)

Dear Judge Kaplan:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully provides this status report regarding the proposed settlements with the defendants. The Commission has not yet reviewed the proposed settlements; therefore, the SEC respectfully requests that the Court permit the SEC to provide a further status report by June 6, 2025, if the SEC has not submitted proposed consent judgments as to the defendants to the Court by that date. A proposed Stipulation and Order is attached.

                                              Respectfully submitted,

                                              /s/ *David Stoelting*
                                              _____
                                              David Stoelting
                                              Senior Trial Counsel
                                              stoeltingd@sec.gov
                                              (212) 336-0174

cc:    All counsel of record (by ECF)